UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| T. CARLTON RICHARDSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:06CV01665 (RMU) |
| | ) |
| DISTRICT OF COLUMBIA, ET AL., | ) |
| | ) |
| Defendants | ) |

## NOTICE OF APPEARANCE

Will the Clerk of the Court please enter the appearance of Timothy K. Webster of Sidley Austin LLP, 1501 K Street, N.W., Washington, D.C. 20005, as counsel for the following Defendants in the above-captioned case:

1. D.C. Board on Professional Responsibility
2. Wallace Eugene Shipp
3. Leonard H. Becker
4. Elizabeth J. Branda
5. Catherine L. Kello
6. Lallah Shiskevish

                                    Respectfully submitted,

                                    /s/ Timothy K. Webster
                                    Timothy K. Webster (D.C. Bar No. 441297)
                                    SIDLEY AUSTIN LLP
                                    1501 K Street, N.W.
                                    Washington, D.C. 20005
                                    (202) 736-8000

Dated: October 20, 2006             Counsel for Defendants D.C. Board on
                                    Professional Responsibility, Wallace Eugene
                                    Shipp, Leonard H. Becker, Elizabeth J.
                                    Branda, Catherine L. Kello, and Lallah
                                    Shiskevish

## CERTIFICATE OF SERVICE

I hereby certify that the following parties were served via first class mail, postage prepaid, on October 20, 2006:

| | |
|---|---|
| T. Carlton Richardson<br>*Pro se* | 1505 Pennsylvania Avenue, SE<br>Washington, D.C. 20003-3117 |
| District of Columbia | Honorable Anthony A. Williams, Mayor<br>1350 Pennsylvania Avenue, NW, 6th Floor<br>Washington, D.C. 20004<br><br>Honorable Robert J. Spagnoletti<br>Attorney General<br>1350 Pennsylvania Avenue, NW, 6th Floor<br>Washington, D.C. 20004 |
| D.C Court of Appeals | 500 Indiana Avenue, N.W.<br>Washington, D.C. 20001 |
| Court Services & Supervision Agency for D.C. | 1418 Good Hope Road, SE<br>Washington, D.C. 20020 |
| Donna M. DeSilva | 2550 M Street, N.W.<br>Washington, D.C. 20037 |

/s/ Timothy K. Webster