UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| T. CARLTON RICHARDSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:06CV01665 (RMU) |
| | ) | |
| DISTRICT OF COLUMBIA, ET AL., | ) | |
| | ) | |
| Defendants | ) | |

## NOTICE OF RELATED CASE IN A CIVIL ACTION

Defendants D.C. Board on Professional Responsibility, Wallace Eugene Shipp, Leonard H. Becker, Elizabeth J. Branda, Catherine L. Kello, and Lallah Shiskevish (collectively referred to herein as "Bar Defendants"), through undersigned counsel and pursuant to LCvR 40.5(a)(4), hereby files this Notice of Related Case in a Civil Action to advise the Court that the above-entitled case is related to, inter alia, two other case filed in this district: Richardson v. District of Columbia, et al., No. 1:05CV0021 (D.D.C. 2005), and Richardson v. Court Services and Offender Supervision Agency for D.C., et al., No. 99-0657 (D.D.C. 2001).

For their notice the Bar Defendants state as follows:

1. Plaintiff has a long history of suing the District of Columbia and the District of Columbia Bar, and their agencies, affiliates, and current and former employees, related to the same essential claims. The instant case is related to several of Plaintiff's prior actions. (A listing of Plaintiff's prior actions is attached hereto as Attachment A). More particularly, the instant case appears related to at least the following two prior cases:

2. Plaintiff, acting pro se, filed an action styled Richardson v. District of Columbia, et al., No. 1:05CV0021 (D.D.C.) on January 28, 2005, against many of the same Defendants. That case was dismissed by Judge Huvelle on March 30, 2005, and Plaintiff's motion for

reconsideration was denied on April 27, 2005. The United States Court of Appeals for the District of Columbia Circuit summarily affirmed the Judge Huvelle's decisions on November 2, 2005 (see Richardon v. District of Columbia, No. 05-7078 (D.C. Cir.)).

3.  In 1999, Plaintiff, acting pro se, filed a habeas corpus action challenging his contempt conviction in the District of Columbia (see In re Richardson, 759 A.2d 649, 651 (D.C. 2000) (affirming conviction)). That case was dismissed by Judge Robertson on July 11, 2001. See Richardson v. Court Services and Offender Supervision Agency for D.C., et al., No. 99-0657 (D.D.C. July 11, 2001).

4.  In the present case, Plaintiff seeks "the reinstatement of" Richardson v. Court Services and Offender Supervision Agency for D.C., et al., No. 99-0657, Complaint Count #1, and Plaintiff also alleges that his civil rights were violated in connection with the investigation that resulted in the suspension of his license to practice law in the District of Columbia, which was related to the issues pled in Richardson v. District of Columbia, et al., No. 1:05CV0021. Complaint Count #2. Accordingly, the present case involves substantially the same parties[1] and relates to the same subject matter as these two prior cases.

Respectfully submitted,

/s/ Timothy K. Webster
Timothy K. Webster (D.C. Bar No. 441297)
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000

Dated: October 20, 2006    Counsel for Defendants D.C. Board on Professional Responsibility, Wallace Eugene Shipp, Leonard H. Becker, Elizabeth J. Branda, Catherine L. Kello, and Lallah Shiskevish

---

[1] Plaintiff has added several current and former employees of the District of Columbia Bar.

2

## CERTIFICATE OF SERVICE

I hereby certify that the following parties were served via first class mail, postage prepaid, on October 20, 2006:

| | |
|---|---|
| T. Carlton Richardson<br>*Pro se* | 1505 Pennsylvania Avenue, SE<br>Washington, D.C.  20003-3117 |
| District of Columbia | Honorable Anthony A. Williams, Mayor<br>1350 Pennsylvania Avenue, NW, 6th Floor<br>Washington, D.C. 20004<br><br>Honorable Robert J. Spagnoletti<br>Attorney General<br>1350 Pennsylvania Avenue, NW, 6th Floor<br>Washington, D.C. 20004 |
| D.C Court of Appeals | 500 Indiana Avenue, N.W.<br>Washington, D.C.  20001 |
| Court Services & Supervision Agency for D.C. | 1418 Good Hope Road, SE<br>Washington, D.C.  20020 |
| Donna M. DeSilva | 2550 M Street, N.W.<br>Washington, D.C.  20037 |

/s/ Timothy K. Webster

**ATTACHMENT A**

**Original Florida Discipline**

| | | | |
|---|---|---|---|
| *Florida Bar v. Richardson* | 574 So.2d 60 (Fla.1990) | | |
| *Richardson v. Florida Bar* | 1990 WL 116727 | No. 90-984 (D.D.C. May 15, 1990) | *Richardson I-A* |
| *In re Richardson* | 602 A.2d 179 (D.C. 1992) | | *Richardson I-B* |

**Second Florida Discipline and Interim Suspension**

| | | | |
|---|---|---|---|
| *Florida Bar v. Richardson* | 604 So.2d 489 (Fla. 1992) | | |
| *In the Matter of Richardson* | | No. 95-BG-639 (D.C. June 27, 1995) | *Richardson II-A* |
| *Richardson v. D.C. Court of Appeals* | | No. 95-CV-1272 (D.D.C. Aug. 1, 1995) | *Richardson II-B* |
| *In re Richardson* | | No. 95-5241 (D.C. Cir. Aug. 10, 1995) | *Richardson II-C* |
| *Richardson v. D.C. Court of Appeals* | 83 F.3d 1512 (D.C. Cir. 1996) | No. 95-7211 | *Richardson II-D* |
| *In re Richardson* | | No. 95-8519 (D.C. Cir. Dec. 29, 1995) | *Richardson II-E* |
| *Richardson v. D.C. Court of Appeals* | 962 F.Supp. 1 (D.D.C. 1997) | No. 96-2535 | *Richardson II-F* |
| *Richardson v. D.C. Court of Appeals* | 1997 WL 811754 | No. 97-7085 (D.C. Cir. Dec. 9, 1997) | *Richardson II-G* |

**Investigation and Conviction of Unauthorized Practice of Law**

| | | | |
|---|---|---|---|
| *Richardson v. D.C. Bar* | | No. 96-CV-2286 (D.D.C. Jan. 13, 1997) | *Richardson III-A* |
| *Richardson v. D.C. Bar* | 1997 WL 404321 | No. 97-7051 (D.C. Cir. June 30, 1997) | *Richardson III-B* |
| *Richardson v. George Washington Univ.* | | No. CA-98-7961 (D.C. Super. Ct.) | *Richardson III-C* |
| *Richardson v. D.C. Court of Appeals* | | No. 97-CV-1594 (D.D.C. July 17, 1997) | *Richardson III-D* |
| *Richardson v. D.C. Court of Appeals* | | No. 97-7242 (D.C. Cir. Sept. 16, 1998) | *Richardson III-E* |
| *In re Richardson* | 759 A.2d 649 (D.C. 2000) | | *Richardson III-F* |
| *Richardson v. Court Servs. & Offend. Superv. Agency* | | No. 99-657 (D.D.C. Jul. 11, 2001) | *Richardson III-G* |

| | | |
|---|---|---|
| *Richardson v. D.C. Court Servs. &* | | |
| *Offend. Superv. Agency* | No. 01-7135 | *Richardson III-H* |

**Final Discipline**

| | | |
|---|---|---|
| *In re Richardson* | 692 A.2d 427 (D.C. 1997) | *Richardson IV-A* |
| *Richardson v. D.C. Court of Appeals* | No. 04-101 (D.D.C. Mar. 31, 2004) | *Richardson IV-B* |
| *Richardson v. District of Columbia* | No. 05-210 (D.D.C. Mar. 30, 2005) | *Richardson IV-C* |