# UNITED STATES DISTRICT COURT, DISTRICT OF COLUMIA

| | |
|---|---|
| T. CARLTON RICHARDSON, ) | |
| Plaintiff. ) | |
| vs. ) | No. **06CV01665 [RMU]** |
| District of Columbia, et al., ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

This certifies that all defendants have received a copy of the Complaint and Summons in this action. Proof of service (return receipts for certified mailing or notice of representation by counsel) are attached as follows:

| Defendant | Page | Defendant | Page |
|---|---|---|---|
| 1--Branda, Elizabeth J. | A-1 | 8--Court Services and Supervision Agency, Inc. | A-3 |
| 2--Becker, Leonard H. | A-2 | 9--D.C. Court of Appeals | A-3 |
| 3--D.C. Bd. on Professional Responsibility | A-1 | 10--Spagnolett, Hon. Robert J. (DC Attorney General) | A-3 |
| 4--DeSilva, Donna M. | A-1 | 11--Williams, Hon. Anthony A. (DC Major) | A-4 |
| 5--Kello, Catherine L. | A-2 | | |
| 6--Shipp, Wallace Eugene | A-2 | | |
| 7--Shiskevish, Lallah | A-5 | | |

And that copies of the foregoing were delivered by U.S. first-class mail to:

| | |
|---|---|
| Dr. Timothy K. Webster, Esq.<br>Attorney for Defendants *Branda, Becker, D.C. Bd. on Professional Responsibility, DeSilva, Kello, Shipp,* and *Shiskevish*<br>Sidley Austin LLP<br>1501 "K" Street, NW<br>Washington, DC  20005 | Hon. Robert J. Spagnolett, D.C. Attorney General, Attorney for Defendants *District of Columbia, D.C. Court of Appeals,* and *Court Services and Supervision Agency, Inc.*<br>1350 Pennsylvania Avenue, NW, #409<br>Washington, DC 20004 |

Executed on this **30th** day of **October** 2006.

                              */s/ T. Carlton Richardson*
                              T. CARLTON RICHARDSON
                              Plaintiff *Pro Se*
                              1505 Pennsylvania Avenue, SE
                              Washington, DC  20003-3117
                              202/546-3505

Attachments as Stated.

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

3. Article Addressed to:

ELIZABETH J. BRANDA
409 "E" Street, NW, B-208
Washington, DC 20001

4a. Article Number
7002 0860 0007 9059 3837

4b. Service Type
☐ Registered      ☒ Certified
☐ Express Mail    ☐ Insured
☐ Return Receipt for Merchandise  ☐ COD

7. Date of Delivery
10/2

5. Received By: (Print Name)

8. Addressee's Address (Only if requested and fee is paid)

6. Signature: (Addressee or Agent)
X

*Is your RETURN ADDRESS completed on the reverse side?*
*Thank you for using Return Receipt Service.*

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                   ☐ Agent
                                    ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery
                                     10/2

1. Article Addressed to:

D.C. BD. ON PROFESSIONAL RESPONSIBILITY
409 "E" Street, NW, B-208
Washington, DC 20001

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☒ Certified Mail     ☐ Express Mail
   ☐ Registered         ☐ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)   7002 0860 0007 9059 3844

PS Form 3811, August 2001

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                   ☐ Agent
                                    ☐ Addressee

B. Received by (Printed Name)   OCT 02 2006   Date of Delivery

1. Article Addressed to:

DONNA M. DeSILVA
2550 "M" Street, NW
Washington, DC 20037

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☒ Certified Mail     ☐ Express Mail
   ☐ Registered         ☐ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)   7001 1940 0001 2047 9292

PS Form 3811, August 2001       Domestic Return Receipt       102595-01-M-2509

A-1

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _(signature)_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery  10/2<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br><br>CATHERINE L. KELLO<br>409 "E" Street, NW, B-228<br>Washington, DC 20001 | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from se...) | 7001 1940 0001 2047 9308 |

PS Form 3811, August 2001        Domestic Return Receipt        102595-01-M-2509

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _(signature)_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery  10/2<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br><br>WALLACE EUGENE SHIPP<br>409 "E" Street, NW, B-228<br>Washington, DC 20001 | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from se...) | 7001 1940 0001 2047 9322 |

PS Form 3811...

| SENDER: | I also wish to receive the following services (for an extra fee): |
|---|---|
| ■ Complete items 1 and/or 2 for additional services.<br>■ Complete items 3, 4a, and 4b.<br>■ Print your name and address on the reverse of this form so that we can return this card to you.<br>■ Attach this form to the front of the mailpiece, or on the back if space does not permit.<br>■ Write "Return Receipt Requested" on the mailpiece below the article number.<br>■ The Return Receipt will show to whom the article was delivered and the date delivered. | 1. ☐ Addressee's Address<br>2. ☐ Restricted Delivery<br>Consult postmaster for fee. |
| 3. Article Addressed to:<br><br>LEONARD H. BECKER<br>1350 Pennsylvania Avenue, NW #327<br>Washington, DC 20004 | 4a. Article Number<br>7002 0860 0007 9059 3820<br>4b. Service Type<br>☐ Registered        ☒ Certified<br>☐ Express Mail      ☐ Insured<br>☐ Return Receipt for Merchandise ☐ COD<br>7. Date of Delivery  10-2-06 |
| 5. Received By: (Print Name)<br>_Sherrie Boyd_<br>6. Signature (Addressee or Agent)<br>X _Sherri Boyd_ | 8. Addressee's Address (Only if requested and fee is paid) |

PS Form 3811, December 1994        102595-97-B-0179        Domestic Return Receipt

A-2

## Receipt 1

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   COURT SERVICES & SUPERVISIOIN AGENCY, DC
   1418 Good Hope Road, SE
   Washington, DC 20020

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X _Hollis_ ☐ Agent ☐ Addressee
B. Received by (Printed Name): Hollis
C. Date of Delivery: 10-2-06
D. Is delivery address different from item 1? ☐ Yes ☐ No
   If YES, enter delivery address below: No

3. Service Type: ☒ Certified Mail  ☐ Express Mail  ☐ Registered  ☐ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7002 0860 0007 9059 3882

## Receipt 2

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   D.C. COURT OF APPEALS, Attn: Chief Judge
   500 Indiana Avenue, NW
   Washington, DC 20001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X ☒ Agent ☐ Addressee
B. Received by (Printed Name): G. Pinkston Jr.
C. Date of Delivery: 10/3/06
D. Is delivery address different from item 1? ☐ Yes ☒ No

3. Service Type: ☒ Certified Mail  ☐ Express Mail  ☐ Registered  ☐ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7001 1940 0001 2047 9285

## Receipt 3

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   HON. ROBERT J. SPAGNOLETT, D.C. ATTY. GENERAL
   1350 Pennsylvania Avenue, NW #409
   Washington, DC 20004

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X _Sherrie Bay_ ☐ Agent ☐ Addressee
B. Received by (Printed Name): Sherrie Bay
C. Date of Delivery: 10-2-06
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type: ☒ Certified Mail  ☐ Express Mail  ☐ Registered  ☐ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7001 1940 0001 2047 9315

PS Form 3811, August 2001       Domestic Return Receipt       102595-01-M-2509

A-3

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Sherrie Reel* ☐ Agent ☐ Addressee<br>B. Received by (*Printed Name*) *Sherrie Reed* / C. Date of Delivery 10-2-06 |
| 1. Article Addressed to:<br><br>HON. ANTHONY A. WILLIAMS, MAJOR<br>1350 Pennsylvania Ave., NW, 6ᵗʰ Flr.<br>Washington, DC 20004 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)   ☐ Yes |
| 2. Article Number *(Transfer from service label)*   7001 1940 0001 2047 9346 ||

PS Form 3811, August 2001    Domestic Return Receipt    102595-01-M-2509

A-4

A-5

Subj: **Richardson v. District of Columbia, No. 1:06CV01665**
Date: 10/19/06 4:40:20 PM Eastern Standard Time
From: TWebster@Sidley.com
To: richardsontc47@aol.com

Mr. Richardson:

I represent the following defendants in the above matter: Defendants D.C. Board on Professional Responsibility, Wallace Eugene Shipp, Leonard H. Becker, Elizabeth J. Branda, Catherine L. Kello, and Lallah Shiskevish.

I request your consent to a 30-day extension of time in which to answer or otherwise respond to your complaint. Kindly respond by Friday, October 20, 2006, so that I may timely file either an unopposed or an opposed motion.

*Timothy K. Webster*
Sidley Austin LLP
1501 K Street, N.W.
Washington, D.C. 20005
202-736-8138 (phone)
202-736-8711 (fax)
202-736-8225 (Assistant-Gail Akers)
twebster@sidley.com

```
Sidley Austin LLP mail server made the following annotations on 10/19/06, 16:40:02:
--------------------------------------------------------------------
IRS Circular 230 Disclosure: To comply with certain U.S. Treasury regulations, we in
that, unless expressly stated otherwise, any U.S. federal tax advice contained in th
communication, including attachments, was not intended or written to be used, and ca
used, by any taxpayer for the purpose of avoiding any penalties that may be imposed
taxpayer by the Internal Revenue Service.  In addition, if any such tax advice is us
to by other parties in promoting, marketing or recommending any partnership or other
investment plan or arrangement, then (i) the advice should be construed as written i
with the promotion or marketing by others of the transaction(s) or matter(s) address
communication and (ii) the taxpayer should seek advice based on the taxpayer's parti
circumstances from an independent tax advisor.

****************************************************************************
This e-mail is sent by a law firm and may contain information that is privileged or
If you are not the intended recipient, please delete the e-mail and any attachments
immediately.


****************************************************************************
```