# UNITED STATES DISTRICT COURT, DISTRICT OF COLUMIA

T. CARLTON RICHARDSON,      )
          Plaintiff.      )
vs.      )      No. **06CV01665 [RMU]**
District of Columbia, et al.,      )
          Defendants.      )

RECEIVED OCT 3 1 2006 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT

## SUGGESTION FOR TRANSFER OF CASE TO JUDGE JAMES ROBERTSON

TO: Hon. Ricardo M. Urbina, Judge

It is suggested that this case be transferred to Judge James Robertson for the following reasons:

(1) Judge Robertson was the original judge on the habeas corpus matter (see *App. A and B, Complaint: Orders*; *App. A: Letter, Judge Robinson to Richardson (08/08/06)* [concurring that new case should be filed to consider reinstatement of dismissal of habeas corpus petition)]; and

(2) The events complained of in some claims (denial of due process, prosecutorial misconduct and obstruction of justice) spanned the period *1992* to date, which overlaps a period in which you, Judge Urbina, served on the D. C. Court of Appeals and thus was charged with supervision of some of the defendants and enforcement of the statutes and regulations governing the practice of law in the District of Columbia that the plaintiff complains are unconstitutional on their face or as applied.

Under such circumstances, there is the appearance of a conflict of interest, if not one in fact. It is therefore suggested that the district court transfer the case to Judge Robertson and take such further action as the court deems necessary and proper.

### Certificate of Service

This certifies that the foregoing document was delivered by U.S. first-class mail to:

| Dr. Timothy K. Webster, Esq. Attorney for Defendants *Branda, Becker, D.C. Bd. on Professional Responsibility, DeSilva, Kello, Shipp,* and *Shiskevish* | Hon. Robert J. Spagnolett, D.C. Attorney General, Attorney for Defendants *District of Columbia, D.C. Court of Appeals,* and *Court Services and Supervision Agency, Inc.* |
|---|---|

1

| Sidley Austin LLP<br>1501 "K" Street, NW<br>Washington, DC 20005 | 1350 Pennsylvania Avenue, NW, #409<br>Washington, DC 20004 |

Executed on this 20th day of OCTOBER 2006.

_____
**T. CARLTON RICHARDSON**
Plaintiff *Pro Se*
1505 Pennsylvania Avenue, SE
Washington, DC 20003-3117
202/546-3505

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001

JAMES ROBERTSON
UNITED STATES DISTRICT JUDGE

August 8, 2006

(202) 354-3460
FAX (202) 354-3468

Mr. T. Carlton Richardson
1505 Pennsylvania Avenue, S.E.
Washington, DC  20003-3117

Dear Mr. Richardson:

    I have reviewed your letter of August 1, 2006, and its contents and I approve of the Clerk's actions of July 25 and 28, 2006.

Sincerely,

[signature]

cc with enclosures:   Nancy Mayer-Whittington

**App. "A": Letter**