**UNITED STATES DISTRICT COURT, DISTRICT OF COLUMIA**

| | | |
|---|---|---|
| **T. CARLTON RICHARDSON,** | ) | RECEIVED |
| Plaintiff. | ) | NOV 2 2 2006 |
| | ) | NANCY MAYER WHITTINGTON, CLERK |
| | | U.S. DISTRICT COURT |
| vs. | ) | No. **06CV01665  [RMU]** |
| **District of Columbia, et al.,** | ) | |
| Defendants. | ) | |

---

### MOTION FOR ENTRY OF DEFAULT BY COURT AS TO DEFENDANTS DISTRICT OF COLUMBIA, D.C. COURT OF APPEALS, COURT SERVICES & SUPERVISION AGENCY FOR D.C. AND DONNA M. DeSILVA

---

Defendants [1] **District of Columbia**, [2] **D.C. Court of Appeals**, [3] **Court Services and Supervision Agency for D.C.** and [4] **Donna M. DeSilva** were all properly served with the summons and complaint in this action as show in plaintiff Richardson's Certificate of Service (10/30/06) and have failed to appear personally or by legal representative. The defendant DeSilva is an attorney and *sui juris*.

Therefore, pursuant to F.R.Civ.P. 55 (2), the plaintiff requests that the district court enter a default judgment against the named defendants as to Counts 1 and Count 2. As to Count 1, the district court is asked to order the reopening of plaintiff's habeas corpus proceedings and as to Count 2 the district court is asked to set the matter down for an evidentiary hearing before a jury to determine unliquidated damages for violation of the plaintiff's civil rights by the named defendants. A proposed order accompanies this motion.

### Certificate of Service

This certifies that the foregoing document were delivered by U.S. first-class mail to: **Dr. Timothy K. Webster, Esq.**, Attorney for Defendants *Branda, Becker, D.C. Bd. on Professional*

1

*Responsibility, Shipp,* and *Shiskevish,* Sidley Austin LLP, 1501 "K" Street, NW, Washington, DC 20005

Executed on this **21st** day of November 2006.

*/s/ T. C. Richardson*
**T. CARLTON RICHARDSON**
Plaintiff *Pro Se*
1505 Pennsylvania Avenue, SE
Washington, DC 20003-3117
202/546-3505

# UNITED STATES DISTRICT COURT, DISTRICT OF COLUMIA

T. CARLTON RICHARDSON,   )
           Plaintiff.   )
vs.   )
              )   No. **06CV01665 [RMU]**
District of Columbia, et al.,   )
           Defendants.   )

## ORDER GRANTING DEFAULT JUDGMENT AS TO DEFENDANTS DISTRICT OF COLUMBIA, D.C. COURT OF APPEALS, COURT SERVICES & SUPERVISION AGENCY FOR D.C. AND DONNA M. DeSILVA

Defendants [1] **District of Columbia**, [2] **D.C. Court of Appeals**, [3] **Court Services and Supervision Agency for D.C.** and [4] **Donna M. DeSilva** were all properly served with the summons and complaint in this action as show in plaintiff Richardson's Certificate of Service (10/30/06) and have failed to appear personally or by legal representative. The defendant DeSilva is an attorney and *sui juris*. Consequently, the terms and conditions of F.R.Civ.P. 55 having been complied with, entry of a judgment by default against the named defendants is appropriate. It is therefore **ORDERED**:

1. That judgment by default is entered against defendants [1] **District of Columbia**, [2] **D.C. Court of Appeals**, [3] **Court Services and Supervision Agency for D.C.** and [4] **Donna M. DeSilva**;

2. That as to Count 1 of the Complaint, plaintiff's habeas corpus proceedings: (a) the dismissal is vacated and the action reopened; and (b) further consideration of the merits of Count 1 and the relief sought shall be heard by **Hon. James Robertson, U.S. District Court Judge**;

3. That as to Count 2 the matter will be is set down for an evidentiary hearing before a jury to determine unliquidated damages for violation of the plaintiff's civil rights by the named defendants within 90-days of this order. That the defaulted defendants shall respond to the issue of damages within 20-days of the entry of this order.

4. That plaintiff's suggestion for recusal of district court being moot is *denied*.

**ORDERED** on this ___ day of _____, 2006.

_____
RICARDO M. URBINA, Judge

Copies furnished to:

HON. ANTHONY A. WILLIAMS, MAJOR
DISTRICT OF COLUMBIA
1350 Pennsylvania Ave., NW, 6ª Flr.
Washington, DC 20004

COURT SERVICES & SUPERVISIOIN
AGENCY, DC
1418 Good Hope Road, SE
Washington, DC 20020

T. CARLTON RICHARDSON
Plaintiff *Pro Se*
1505 Pennsylvania Avenue, SE
Washington, DC 20003-3117

HON. ROBERT J. SPAGNOLETT
D.C. ATTORNEY GENERAL
1350 Pennsylvania Avenue, NW #409
Washington, DC 20004

DONNA M. DeSILVA
2550 "M" Street, NW
Washington, DC 20037

D.C. COURT OF APPEALS
Attn: Chief Judge
500 Indiana Avenue, NW
Washington, DC 20001

DR. TIMOTHY K. WEBSTER
SIDLEY AUSTIN LLP
1501 "K" STREET, NW
Washington, DC 20005

2