IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| T. CARLTON RICHARDSON,          )<br>                                                           )<br>            Plaintiff,                          )<br>                                                           )<br>v.                                                      ) Civil Action No. 06-1665<br>                                                           )<br>THE DISTRICT OF COLUMBIA, *et al.*,  )<br>                                                           )<br>            Defendants.                     ) | |

### DEFENDANT DISTRICT OF COLUMBIA COURT OF APPEALS' PARTIAL CONSENT MOTION TO LATE FILE ITS RESPONSE TO PLAINTIFF'S COMPLAINT

Defendant D.C. Court of Appeals,[1] by and through undersigned counsel, hereby moves this court to grant its leave to late file its response to plaintiff's complaint, to the extent it is untimely.  As reasons why this motion should be granted, this defendant states the following:

1.  The D.C. Court of Appeals was served with plaintiff's complaint. However, according to docketing, its answer is not due until December 4, 2006.  See Docket Entry #5.

2.  Because of an overwhelming case load, undersigned counsel did not recalculate the time by which this defendant's answer was due.  Any failure to respond on behalf of District of Columbia Courts was due to excusable neglect.

3.  Further, plaintiff named Court Services Offender Supervision Agency ("CSOSA"), a federal entity, as a defendant in this lawsuit. This defendant has sixty (60) days in which to respond to plaintiff's complaint and has not yet done so. All of the

---

[1] The District of Columbia has not been properly served with plaintiff's summons and complaint.  See Docket Entry #5.

parties filed a responsive answer and therefore plaintiff is not be prejudiced by the Court granting the relief sought herein.

    4.    Plaintiff has inappropriately sought judgment as a relief against this defendant.

    5.    This defendant therefore seeks an additional ten (10) days from the granting of this motion in which to file its response to plaintiff's complaint.

A memorandum of points and authorities in support of this motion is attached hereto.

Respectfully submitted,

EUGENE A. ADAMS
Interim Attorney General for the
District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

_____
PATRICIA A. JONES [428132]
Chief, General Litigation Sec. IV

_____
GEORGE E. RCKMAN [433298]
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 442-9840; (202) 727-6295

Local Rule 7(m) Certification

I do hereby certify that on November 29, 2006, Timothy Webster, Esq., counsel for Wallace Shipp, Leonad Becker, Elizabeth Branda, Catherine Kello, Lallah Shiskevish and the D.C. Board of Professional Responsibility, and T. Carlton Richardson, plaintiff,

were contacted in an effort to obtain their consent to the relief sought herein. Mr. Webster consents to the relief, while Mr. Richardson informed the undersigned that he will oppose the relief sought herein.

                                                              GEORGE E. RICKMAN
                                                              Assistant Attorney General, D.C.

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| T. CARLTON RICHARDSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE DISTRICT OF COLUMBIA, *et al*., )<br>)<br>Defendants. ) | Civil Action No. 06-1665 |

MEMORANDUM OF POINTS AND AUTHRORITIES
IN SUPPORT OF THE DEFENDANT DISTRICT OF COLUMBIA COURT OF
APPEALS' PARTIAL CONSENT MOTION TO LATE FILE ITS RESPONSE TO
PLAINTIFF'S COMPLAINT

In support of its Motion to late file its response to plaintiff's complaint, this defendant states as follows:

1.  On September 28, 2006, plaintiff filed suit in the United States District Court for the District of Columbia, alleging numerous claims pursuant to 42 U.S.C.§ 1983. Plaintiff further indicates that service of process was affected against these defendants on/or about October 3, 2006. See Docket Entry #5, Affidavits of Service filed October 31, 2006.

2.  As set forth in its opposition to plaintiff's motion for default, the District of Columbia was not properly served, and plaintiff cannot maintain this action against the D.C. Court of Appeals.  As a result of numerous other obligations in any number of other cases, undersigned counsel inadvertently failed to recalculate the date upon which this defendant's responsive pleading was due.  According to docketing, this defendant's responsive pleading is not due until December 4, 2006.  Any oversight in filing a timely response was purely through inadvertence and not intentional.

3. Further, plaintiff has named federal agencies as defendants who have sixty (60) days in which to respond to his complaint. Plaintiff would therefore not be prejudiced by the Court granting the relief sought herein.

4. This defendant therefore seeks an additional ten (10) days from the granting of this motion in which to file its response to plaintiff's complaint.

5  Under *Fed R. Civ. P.* 6(b):

> "…an act that is required or allowed to be done within a specified time, the court… may in its discretion… (2) upon motion made after the expiration of the specified time period permit the act to be done where the failure to act was the result of excusable neglect…"

6. This defendant has made a showing consistent with *Fed R. Civ. P.* 6(b)(2) requirements and moves the Court to grant the relief sought herein.

Respectfully submitted,

EUGENE A. ADAMS
Interim Attorney General for the
District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

_____
PATRICIA A. JONES [428132]
Chief, General Litigation Sec. IV

_____
GEORGE E. RCKMAN [433298]
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 442-9840; (202) 727-6295

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| T. CARLTON RICHARDSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-1665 |
| | ) |
| THE DISTRICT OF COLUMBIA, *et al.*, | ) |
| | ) |
| Defendants. | ) |

ORDER

Upon consideration of the defendant District of Columbia Court of Appeals' motion to late file its response to plaintiff's complaint, the co-defendants D.C. Board of Professional Responsibility, Wallace Shipp, Lawrence Becker, Elizabeth Branda, Catherine Kello and Lallah Shiskevish's consent thereto, plaintiff's opposition, any reply, the facts, the law and the record herein, it is this _____ day of _____, 2006, and it is,

**ORDERED:** that the defendant District of Columbia Court of Appeals motion is hereby **GRANTED;** and it is,

**FURTHER ORDERED:** that the District of Columbia Court of Appeals shall file its response to plaintiff's complaint within ten (10) days of this order.

RICJHARD J. LEON
United States District Court