IN THE UNIT4ED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| T. CARLTON RICHARDSON, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-1665 |
| | ) |
| THE DISTRICT OF COLUMBIA, *et al.*, | ) |
| | ) |
|     Defendants. | ) |

OPPOSITION TO PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

    Defendants the District of Columbia ("District") and District of Columbia Courts, by and through undersigned counsel, hereby file their opposition to plaintiff's motion for entry of a default judgment. As reasons why this motion should be denied, this defendant states the following:

    1. On September 28, 2006, plaintiff filed suit in the United States District Court for the District of Columbia, alleging numerous claims pursuant to 42 U.S.C.§ 1983. Plaintiff further indicates that service of process was affected against these defendants on/or about October 3, 2006. See Docket Entry #5, Affidavits of Service filed October 31, 2006.

    2. These defendants have been unable to respond to plaintiff's lengthy complaint in the time required. Such delay was caused by numerous obligations in other cases and limited time within this office and was in no way a willful or tactical decision made by these defendants. Further, these defendants intend to raise a meritorious defense in a motion to dismiss the complaint in its entirety. As stated in the co-defendants' motion to dismiss the complaint, as with co-defendants, plaintiff lacks jurisdiction against these

defendants under the *Rooker-Feldman* doctrine. These defendants will further seek additional time to explore other meritorious defenses that may be available or may simply join the already pending motion filed by these defendants' co-defendants. Finally, this case is in its early stages and neither side would be prejudiced by not entering a default judgment and allowing these defendants to sufficient time to respond to the complaint.

    3. Under both Fed. R. Civ. P. 55 and Fed. R. Civ. P. 6(b)(2), parties are afforded addition time to perform those acts for good cause shown. Given that the any misstep was inadvertent and due to other obligations, the time of the delay was indeed short and the meritorious defenses available to these defendants, this court should deny plaintiff's motion for entry of a default judgment against the District of Columbia and the District of Columbia Courts.

    Respectfully submitted,

EUGENE A. ADAMS
Interim Attorney General for the
District ofColumbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

_____
PATRICIA A. JONES [428132]
Chief, General Litigation Sec. IV

_____
GEORGE E. RCKMAN [433298]
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 442-9840; (202) 727-6295

IN THE UNIT4ED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| T. CARLTON RICHARDSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-1665 |
| | ) |
| THE DISTRICT OF COLUMBIA, *et al.*, | ) |
| | ) |
| Defendants. | ) |

ORDER

Upon consideration of plaintiff's motion for default judgment, any opposition thereto, any reply, the facts, the law and the record herein, it is this_____day of _____ 2006, and it is,

**ORDERED:** that plaintiff's motion for default judgment is hereby **DENIED.**


_____
RICHARD J. LEON
Untied States District Court