UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| T. CARLTON RICHARDSON,            ) | |
| ) | |
| Plaintiff,            ) | Civil Action No.: 06-1665 (RJL) |
| ) | |
| v.            ) | |
| ) | |
| THE DISTRICT OF COLUMBIA, et al.,            ) | |
| ) | |
| Defendants.            ) | |
| ) | |

**PRAECIPE**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Michelle Johnson as counsel for Defendant Court Services and Offender Supervision Agency ("CSOSA") in the above-captioned case.

　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　MICHELLE JOHNSON
　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　555 4th St., N.W., Room E4212
　　　　　　　　　　　　　　　　Washington, D.C.  20530
　　　　　　　　　　　　　　　　202-514-7139

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Notice of Appearance was either transmitted via the U.S. District Court's electronic filing notification system, or mailed by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

T. Carlton Richardson
1505 Pennsylvania Avenue, SE
Washington, DC 20003

Timothy K. Webster
Sidley Austin, LLP
1501 K. Street, NW
Suite 800
Washington, DC 20005

Richard J. Oparil
Patton Boggs LLP
2550 M Street, NW
Washington, DC 20037

George Rickman
Assistant Attorney General
441 Fourth Street, NW – 6th floor
Washington, DC 20001

on this  8th  day of December, 2006.

/s/
MICHELLE N. JOHNSON