UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **T. CARLTON RICHARDSON**, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No.: 06-1665 (RJL) |
| **THE DISTRICT OF COLUMBIA, et al.**, | ) ) ) | |
| Defendants. | ) ) | |

## FEDERAL DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

Defendant Court Services and Offender Supervision Agency ("CSOSA") respectfully submits its Opposition to Plaintiff's Motion for Default Judgment. In support of this Opposition, Defendant states the following:

(1) Plaintiff filed his complaint on September 28, 2006, naming several defendants, including CSOSA.

(2) Because Defendant CSOSA is a federal entity, see D.C. Code § 24-133(a), pursuant to Fed. R. Civ. P. 4(i)(1)(A), Plaintiff was required to serve a copy of the summons and the complaint "to the United States attorney for the district in which the action is brought" or by serving "an assistant United States attorney or clerical employee designated by the United States attorney in a writing filed with the clerk of the court or by sending a copy of the summons and . . . complaint by registered or certified mail addressed to the civil process clerk at the office of the United States attorney . . . ." In addition, Plaintiff was also required to send a copy of the summons and complaint "by registered or certified mail to the Attorney General of the United States . . . ." Fed. R. Civ. P. 4(i)(1)(A).

(3) On October 31, 2006, Plaintiff filed a "Return of Service Affidavit" in which he indicated that he delivered a copy of the summons and complaint to "Court Services & Supervision Agency" on October 2, 2006.  Plaintiff did not assert that he attempted to serve the United States Attorney or the Attorney General.  Assuming proper service had been effected, Defendant's response to Plaintiff's complaint would have been due on or before Tuesday, December 5, 2006.  See Fed. R. Civ. P. 12(a); 6(e).

(4) A review of the Civil Division's Summons and Complaint Service Book does not indicate that Plaintiff's summons and complaint was ever received by the U.S. Attorney or the Attorney General.  See Declaration of Cynthia R. Parker, attached as Exhibit A.

(5) Plaintiff has not demonstrated that he has properly served the United States.  Although Plaintiff is proceeding pro se, he is still required to comply with the Federal Rules of Civil Procedure, including those rules pertaining to proper service.  Jarrell v. Tisch, 656 F. Supp. 237, 239 (D.D.C. 1987).

(6) On November 22, 2006, Plaintiff filed a "Motion for Entry of Default by Court as to Defendants District of Columbia, D.C. Court of Appeals, Court Services & Supervision Agency for D.C. and Donna M. DeSilva."  In this motion, Plaintiff contends that the named defendants were all properly served with the summons and complaint and therefore the entry of default judgment is proper.

(5) Because Plaintiff has not properly served Defendant CSOSA, default judgment is not proper.  See Walsdorf v. Commissioner of Patents and Trademarks, No.Civ.A. 85-2543, 1986 WL 8778, at *1 (D.D.C. Jan. 28, 1986) ("Because there was no effective service upon defendant, the time to answer the complaint did not begin to run, [and] . . . default is inappropriate.").  Furthermore, Plaintiff has failed to make any showing that would support the entry of a default

judgment against the United States.  See Fed. R. Civ. P. 55(e) ("No judgment by default shall be entered against the United States or an officer or agency thereof unless the claimant establishes a claim or right to relief by evidence satisfactory to the court.").  Accordingly, Plaintiff's motion for the entry of default must be denied.

December 8, 2006

                                          Respectfully submitted,

                                            /s/ Jeffrey A. Taylor
                                        JEFFREY A. TAYLOR, D.C. BAR # 498610
                                        United States Attorney

                                            /s/ Rudolph Contreras
                                        RUDOLPH CONTRERAS, D.C. BAR #  434122
                                        Assistant United States Attorney

                                            /s/ Michelle N. Johnson
                                        MICHELLE N. JOHNSON, D.C. BAR # 491910
                                        Assistant United States Attorney
                                        United States Attorney's Office
                                        Civil Division
                                        555 4th Street, N.W. – Room E4212
                                        Washington, D.C. 20530
                                        (202) 514-7139

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **T. CARLTON RICHARDSON**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 06-1665 (RJL) |
| ) | |
| **THE DISTRICT OF COLUMBIA**, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

This matter having come before this Court on the Plaintiff's Motion for Default Judgment, it is hereby **ORDERED** that Plaintiff's motion is **DENIED**.

**SO ORDERED** this ____ day of _____, 2006.

_____
RICHARD J. LEON
United States District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Federal Defendant's Opposition to Plaintiff's Motion for Default Judgment was either transmitted via the U.S. District Court's electronic filing notification system, or mailed by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

T. Carlton Richardson
1505 Pennsylvania Avenue, SE
Washington, DC 20003

Timothy K. Webster
Sidley Austin, LLP
1501 K. Street, NW
Suite 800
Washington, DC 20005

Richard J. Oparil
Patton Boggs LLP
2550 M Street, NW
Washington, DC 20037

George Rickman
Assistant Attorney General
441 Fourth Street, NW – 6th floor
Washington, DC 20001

on this  8th  day of December, 2006.

                                                    /s/
                                        MICHELLE N. JOHNSON

# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| T. CARLTON RICHARDSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE DISTRICT OF COLUMBIA, et al., )<br>)<br>Defendants. )<br>) | Civil Action No.: 06-1665 (RJL) |

## DECLARATION OF CYNTHIA R. PARKER

I, Cynthia R. Parker, do hereby depose and state that:

1. I am a Paralegal Specialist in the Civil Division of the United States Attorney's Office for the District of Columbia ("U.S. Attorney's Office"). I have held this position since September, 1999.

2. I am authorized to receive service of process in civil cases. The office's procedure for recording receipt of process is for the civil process clerk to stamp the summons with a date stamp upon receipt and to record the name of the case and the civil action number in the Civil Division's "Summons and Complaint Service Book."

3. I understand that Plaintiff filed the complaint in this case on September 28, 2006. I have reviewed the Summons and Complaint Book from that date through the present to ascertain whether the summons and complaint have been served on this office. There is no entry in the Summons and Complaint Book reflecting service on this office at any time from September 28, 2006, through the present.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 8, 2006.

_____
CYNTHIA R. PARKER