# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

RECEIVED
DEC 1 8 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| T. CARLTON RICHARDSON,   ) | |
| Plaintiff.   ) | |
| vs.   ) | No. **06CV01665 [RJL]** |
| DISTRICT OF COLUMBIA, *et al.*   ) | |
| Defendants.   ) | |

### PLAINTIFF'S RESPONSE TO DEFENDANT DeSILVA'S DISMISSAL MOTION AND OPPOSITION TO COURT'S ENTRY OF JUDGMENT BY DEFAULT
*(With Verification)*

First, plaintiff Richardson's response to the defendant DeSilva's Motion to Dismiss are contained *Plaintiff's Opposition to Motion to Dismiss etc.* by Defendants D.C. Board on Professional Responsibility *et al.* a copy of which was served upon defendant DeSilva on December 5, 2006 (See, "Certificate of Service," §5.0, *Plaintiff's Opposition etc.*). Second, in response to defendant DeSilva's opposition for entry of default judgment, the following:

(a) By seeking relief from the district court in filing a Motion to Dismiss, defendant DeSilva has entered a *general* appearance and therefore waived any objections based upon the court's lack of *personal* jurisdiction based upon insufficiency in the service of process [*Ruggieri v. Gen. Well Svc.*, Inc., 535 F. Supp. 525, *529* (D.C. Colo., 1982); See also, *Baldwin v. Ia. State Traveling Men's Ass'n*, 238 U.S. 522, *525*, 51 S.Ct. 517, *517-518* (1931)].

(b) In addition to constructive service or implied consent to *in personam* jurisdiction, the defendant DeSilva has been provided with a *Notice of Lawsuit and Request for Waiver of Service of Summons* and a *Waiver of Service of Summons* pursuant to Civ. R. 4 and has declined the Waiver and has acknowledged in a recent email (copy attached) that in filing her Motion to Dismiss, defendant DeSilva

(the only defendant among the former or current members of the Office of D.C. Bar Counsel being represented by other than Dr. Webster), has constructively waived any objections based upon personal jurisdiction of the district court. Of course, defendant DeSilva 'cannot have her cake (a general appearance that would not constructively waive personal jurisdiction) and eat it too (a special appearance that would have preserved objections to personal jurisdiction).

    (c) Should the district court decide to conduct an evidentiary hearing on

> whether a individual defendant, who is an attorney and lists as her mailing address as her law firm with the D.C. Bar as required by its rules, assumes the risk that U.S. mail sent certified would not be received, especially when in previous litigation between the parties ["Richardson ... has previously sued DeSilva related to the Bar Counsel's investigation of Richardson" ("Background," *Combined Mem...in Support of Motion to Dismiss etc.* 1, ¶3)] **DeSilva refused service by certified mail?**

Consideration of "matters outside the pleadings" -- e.g. affidavits by interested parties and citation of decisions rendered in violation of due process -- imposes upon the district court certain due process prerequisites [Civ. R. 12(b)(1) and (6) and Evid. R. 201(e)

    (d) Because the defendant "DeSilva has responded to [the] complaint" (Oparil email, 12/15/06) the plaintiff Richardson withdraws his motion for judgment by default without prejudice should the district court conclude (1) that service of process was insufficient and (2) that the defendant DeSilva's refusal to waive summons is justified.

## VERIFICATION

**Under penalty of law, this certifies that any statements of fact are true to best of my knowledge, information and belief.**

                        Respectfully Submitted:

                        _____
                        **T. CARLTON RICHARDSON**
                        Plaintiff *Pro Se*

## CERTIFICATE OF SERVICE

This certifies that the foregoing document was delivered by U.S. first-class mail to:

| |
|---|
| **Dr. Richard J. Oparil, Esq.**<br>Attorney for Defendant *DeSilva*<br>2550 "M" Street, NW<br>Washington, DC 20037 |

Executed on this **18th** day of December 2006.

*[signature]*

**T. CARLTON RICHARDSON**
Plaintiff *Pro Se*
1505 Pennsylvania Avenue, SE
Washington, DC 20003-3117
202/546-3505


**Attachment:**
- Email, Oparil to Richardson (12/15/06)

| | |
|---|---|
| Subj: | **Richardson** |
| Date: | 12/15/2006 1:44:33 PM Eastern Standard Time |
| From: | roparil@gmail.com |
| To: | RichardsonTC47@aol.com |

Mr. Richardson, your telephone call yesterday and your email confirm that you did not sufficiently serve Ms. DeSilva prior to filing your motion for a default judgment against her. Therefore, that motion should be promptly withdrawn. Please make an appropriate filing with the Court by December 18, 2006.

Moreover, you note that Ms. DeSilva has filed a motion to dismissed, not only for insufficient service but also for failure to state claim upon which relief may be granted pursuant to Rule 12(b)(6). Notwithstanding the lack of proper service, Ms. DeSilva has responded to your complaint.

As I requested yesterday before you hung up on me, please dismiss the complaint as to Ms. DeSilva. It is without any merit and seeks relief against a former Assistant Bar Counsel that she cannot provide as a matter of law. Please let me know by December 18 whether you will agree to a dismissal. If not, Ms. DeSilva will seek appropriate sanctions under Rule 11.

---

From: RICHARDSONTC47@aol.com[SMTP:RICHARDSONTC47@AOL.COM]
Sent: Thursday, December 14, 2006 5:43:51 PM
To: Oparil, Richard
Subject: Notice and Request re Service Waiver of Summons and Complaint
Auto forwarded by a Rule

MEMORANDUM BY EMAIL

(December 14, 2006)


FR: T. Carlton Richardson, Plaintiff Pro Se

　　RichardsonTC47@aol.com

TO: Dr. Richard J. Oparil, Esq., Attorney for DeSilva

　　mailto:ROparil@pattonboggs.com

RE: Request for Wavier of Summons and Complaint

---

# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| **T. CARLTON RICHARDSON,** ) | |
| Plaintiff. ) | |
| vs. .) | No. **06CV01665 [RJL]** |
| **DISTRICT OF COLUMBIA,** *et al.* ) | |
| Defendants. ) | |

### ORDER ON DEFENDANT DeSILVA'S DISMISSAL MOTION AND OPPOSITION TO COURT'S ENTRY OF JUDGMENT BY DEFAULT

This district court having considered the defendant DeSilva's Motion to Dismiss (12/03/06) and Opposition (12/03/05) to plaintiff's Motion for a default judgment and Memorandum (12/03/06) in support of these pleadings, and plaintiff Richardson's Response (12/18/06) to defendant DeSilva's pleadings, it is therefore:

ORDERED, that the plaintiff's motion for a default judgment against defendant DeSilva is denied, without prejudice; and

FURTHER ORDERED, that the Motion to Dismiss is held under advisement to be decided at a later date.

ENTERED this ____ day of _____, 20___.

_____
**RICHARD J. LEON, JUDGE**

*Copies furnished to:*

| DR. RICHARD J. OPARIL, ESQ.<br>Attorney for Defendant *DeSilva*<br>2550 "M" Street, NW, Washington, DC 20037 | T. CARLTON RICHARDSON<br>1505 Pennsylvania Avenue, SE<br>Washington, DC 20003-3117 |
|---|---|