IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| T. CARLTON RICHARDSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-1665 |
| | ) |
| THE DISTRICT OF COLUMBIA, *et al.*, | ) |
| | ) |
| Defendants. | ) |

NOTICE OF FILING

CETIFICATE OF SERVICE

I do hereby certify that on this 26th day of December a copy of the defendants District of Columbia and the District of Columbia Court of Appeals' motions to enlarge the time to respond to plaintiff's motion for a default judgment and opposition to plaintiff's motion for a default judgment were mailed to:

T. Carlton Richardson
1505 Pennsylvania Avenue, S.E.
Washington, D.C.  20003-3117

GEORGE E. RICKMAN
Assistant Attorney General, D.C.