## UNITED STATES DISTRICT COURT, DISTRICT OF COLUMIA

T. CARLTON RICHARDSON,            )
                Plaintiff.            )

vs.            )            No. **CA 06-01665 [RJL]**

DISTRICT OF COLUMBIA, et al.,            )

                Defendants.            )

RECEIVED DEC 2 2 2006 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT

---

**PLAINTIFF'S MOTION FOR EXTENSION TO FILE RESPONSES TO ANY MOTIONS OF DEFENDANTS SERVED ON OR BEFORE MONDAY, 08 JAN 07 DUE TO EXIGENT CIRCUMSTANCES**
*(Expedited Consideration Requested)*

---

Between Friday, December 29, 2006 and Monday, January 8, 2007, the plaintiff Richardson will be out of the country on preset personal leave. Defendants District of Columbia and its Court of Appeals are to submit their responses to the plaintiff's complaint on or before Friday, December 29, 2009 per an order of the district court entered of record December 19, 2009. Also, it is anticipated that the U.S. Attorney's Office who represents defendant Court Services and Offender Supervision Agency of D.C. (CSOSA-DC) will file its response to the plaintiff's complaint soon.

It is therefore requested that the district court grant an extension on an *expedited* basis to the *pro se* plaintiff to file a response to any motions served by any defendant on or before January 8, 2007 to Friday, January 19, 2007, an 11-day period from the plaintiff's leave return date. Respectfully submitted:

                */s/ Richardson*
                T. CARLTON RICHARDSON
                Plaintiff *Pro Se*

## Certificate of Service

This certifies that the foregoing document was delivered by U.S. first-class mail to:

| | |
|---|---|
| **Dr. Timothy K. Webster, Esq.**<br>Attorney for Defendants *Branda, Becker, D.C. Bd. on Professional Responsibility, Kello, Shipp,* and *Shiskevish*<br>Sidley Austin LLP<br>1501 "K" Street, NW<br>Washington, DC 20005 | **Dr. George Rickman, Esq.**<br>**Office of D.C. Attorney General**<br>Attorney for Defendants *District of Columbia* and *D.C. Court of Appeals.*<br>1350 Pennsylvania Avenue, NW, #409<br>Washington, DC 20004 |
| **Dr. Richard J. Oparil, Esq.**<br>Attorney for Defendant *DeSilva*<br>Patton Boggs LLP<br>2250 "M" Street, NW<br>Washington, DC 20037 | **Dr. Jeffrey A. Taylor, Esq. U.S. Attorney, DC**<br>**Dr. Rudolph Comtreras, Esq. Asst. U.S. Atty., DC**<br>**Dr. Michelle N. Johnson, Esq., Asst. U.S. Atty., DC**<br>555-4th Street, NW, Rm. E4212<br>Washington, DC 20530 |

Executed on this **21st** day of December 2006.

*/s/ T. Carlton Richardson*
**T. CARLTON RICHARDSON**
Plaintiff *Pro Se*
1505 Pennsylvania Avenue, SE
Washington, DC 20003-3117
202/546-3505

# UNITED STATES DISTRICT COURT, DISTRICT OF COLUMIA

T. CARLTON RICHARDSON,              )

               Plaintiff.            )

vs.                                 )          No. **CA 06-01665 [RJL]**

DISTRICT OF COLUMBIA, et al.,       )

               Defendants.           )

## ORDER ON PLAINTIFF'S MOTION FOR EXTENSION TO FILE RESPONSES TO ANY MOTIONS OF DEFENDANTS SERVED *ON OR BEFORE* MONDAY, 08 JAN 07

Upon consideration and for good cause shown in a timely fashion by plaintiff Richardson's in his motion for extension to file responses to any motions of defendants served between the period Tuesday, December 19, 2006 and Monday, January 8, 2007, the district court *grants* the motion.

It is therefore on this ___ day of _____, 20___.

ORDERED, the plaintiff is given permission to file responses to any motions served by any defendant between the period, **Tuesday, December 19, 2006 and Monday, January 8, 2007**, to and including, **Friday, January 19, 2007**.

                      HON. RICHARD J. LEON, JUDGE

***Copies furnished to:***

| | |
|---|---|
| Dr. Timothy K. Webster, Esq.<br>1501 "K" Street, NW<br>Washington, DC 20005 | Dr. George Rickman, Esq.<br>Office of D.C. Attorney General<br>1350 Pennsylvania Avenue, NW, #409<br>Washington, DC 20004 |
| Dr. Richard J. Oparil, Esq.<br>2250 "M" Street, NW<br>Washington, DC 20037 | Dr. Jeffrey A. Taylor, Esq. U.S. Attorney, DC<br>Dr. Rudolph Comtreras, Esq. Asst. U.S. Atty., DC<br>Dr. Michelle N. Johnson, Esq., Asst. U.S. Atty., DC<br>555-4th Street, NW, Rm. E4212<br>Washington, DC 20530 |
| Dr. T. Carlton Richardson, J.D., LL.M., M/Theo.S.<br>1505 Pennsylvania Avenue, SE<br>Washington, DC 20003-3117 | |