UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| T. CARLTON RICHARDSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-1665(RJL) |
| | ) | |
| DISTRICT OF COLUMBIA, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION FOR CONTINUANCE OF HEARING ON
MOTION FOR SACTIONS AGAINST PLAINTIFF**

Defendant, Donna M. DeSilva ("DeSilva"), seeks an Order continuing the date for the

hearing on her unopposed motion to sanction plaintiff, T. Carlton Richardson ("Richardson").

The Court scheduled a hearing on the motion for August 2, 2007 at 11:30 a.m., a date on which

DeSilva's counsel was previously scheduled to be in New York.  No party would be prejudiced

by continuing the hearing to a later date.

On July 3, 2007, Richardson advised DeSilva's counsel by email that he did not consent

to this motion.  Richardson did not provide any reason for his opposition.

A proposed Order is filed herewith.

Dated:  July 3, 2007                    Respectfully submitted,

                                        /s/ Richard J. Oparil
                                        Richard J. Oparil
                                        District of Columbia Bar No. 409723
                                        2550 M Street, NW
                                        Washington, DC 20037
                                        (202) 457-6000
                                        (202) 457-6315 (fax)

                                        Attorney for Defendant
                                        Donna M. DeSilva

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 3, 2007, he caused true and correct copies of the foregoing and accompanying documents to be served by email and first class mail, or by the Court's electronic filing system, at the following addresses:

T. Carlton Richardson
1505 Pennsylvania Avenue, SE
Washington, DC  20003
RichardsonTC47@aol.com

Timothy K. Webster, Esq.
Sidley Austin LLP
1501 K Street, NW
Washington, DC  20005
twebster@sidley.com

George E. Rickman, Esq.
Office of the Attorney General
441 4th Street, NW, 6th Floor South
Washington, DC 20001
george.rickman@dc.gov

Michelle Nicole Johnson, Esq.
United States Attorney's Office
for the District of Columbia
555 Fourth Street, NW, Room E-4212
Washington, DC 20530
michelle.johnson@usdoj.gov

/s/ Richard J. Oparil
Richard J. Oparil

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

T. CARLTON RICHARDSON,     )
                               )
     Plaintiff,          )
                               )
     v.                  )  Civil Action No. 06-1665(RJL)
                               )
DISTRICT OF COLUMBIA, *et al.*,  )
                               )
     Defendants.       )

### <u>ORDER</u>

Upon consideration of the motion of defendant, Donna M. DeSilva ("DeSilva"), for an Order continuing the date for the hearing on her unopposed motion to sanction plaintiff, T. Carlton Richardson, and any opposition thereto, it is hereby

ORDERED, that DeSilva's motion is granted; and it is further hereby

ORDERED, that the hearing on the motion for sanctions shall be held on _____, 2007 at ____.

Dated: _____, 2007       _____
                                      United States District Court Judge