UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JUL 11 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

T. CARLTON RICHARDSON,          )
                                )
        Plaintiff,              )
                                )
    v.                          )   Civil Action No. 1:06-1665 (RJL)
                                )
DISTRICT OF COLUMBIA, *et al.*  )
                                )
        Defendants.             )

**FINAL JUDGMENT**
(July 8, 2007) [#10, #13, #23, #25, #26]

For the reasons set forth in the Memorandum Opinion entered this date, it is hereby

**ORDERED** that the motions to dismiss filed by defendants the D.C. Board on Professional Responsibility, Wallace Eugene Shipp, Jr., Leonard H. Becker, Catherine Kello, Lallah Shishkevish, Elizabeth J. Branda, Donna M. DeSilva, the District of Columbia Court of Appeals, the District of Columbia, and the Court Services & Supervision Agency for the District of Columbia are **GRANTED**, and it is further

**ORDERED** that Donna DeSilva's Motion for Sanctions Against the Defendant is **DENIED**, and it is further

**ORDERED** that this case is dismissed as to all defendants, and it is further

**ORDERED** that plaintiff and defendant Donna M. DeSilva appear on Thursday, August 16, 2007, at 2:30 pm for a hearing on defendant DeSilva's motion for sanctions.

SO ORDERED.

RICHARD J. LEON
United States District Judge