UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| T. CARLTON RICHARDSON, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-1665(RJL) |
| | ) |
| DISTRICT OF COLUMBIA, *et al.*, | ) |
| | ) |
|     Defendants. | ) |

**MOTION FOR CONTINUANCE OF HEARING ON**
**MOTION FOR SACTIONS AGAINST PLAINTIFF**

    Defendant, Donna M. DeSilva ("DeSilva"), seeks an Order continuing the date for the hearing on her unopposed motion to sanction plaintiff, T. Carlton Richardson ("Richardson"). The Court re-scheduled a hearing on the motion for August 20, 2007 at 11:30 a.m., a date on which DeSilva's counsel was previously scheduled to be in the Central District of California on a bankruptcy matter. No party would be prejudiced by continuing the hearing to a later date.

    A proposed Order is filed herewith.

Dated: August 3, 2007        Respectfully submitted,

                                        /s/ Richard J. Oparil
                                        Richard J. Oparil
                                        District of Columbia Bar No. 409723
                                        2550 M Street, NW
                                        Washington, DC 20037
                                        (202) 457-6000
                                        (202) 457-6315 (fax)

                                        Attorney for Defendant
                                        Donna M. DeSilva

- 2 -

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on August 3, 2007, he caused true and correct copies of the foregoing and accompanying documents to be served by email and first class mail, or by the Court's electronic filing system, at the following addresses:

    T. Carlton Richardson
    1505 Pennsylvania Avenue, SE
    Washington, DC  20003
    RichardsonTC47@aol.com

    Timothy K. Webster, Esq.
    Sidley Austin LLP
    1501 K Street, NW
    Washington, DC  20005
    twebster@sidley.com

    George E. Rickman, Esq.
    Office of the Attorney General
    441 4th Street, NW, 6th Floor South
    Washington, DC 20001
    george.rickman@dc.gov

    Michelle Nicole Johnson, Esq.
    United States Attorney's Office
    for the District of Columbia
    555 Fourth Street, NW, Room E-4212
    Washington, DC 20530
    michelle.johnson@usdoj.gov

                        /s/ Richard J. Oparil
                        Richard J. Oparil

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| T. CARLTON RICHARDSON, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-1665(RJL) |
| | ) |
| DISTRICT OF COLUMBIA, *et al.*, | ) |
| | ) |
|     Defendants. | ) |

## **ORDER**

Upon consideration of the motion of defendant, Donna M. DeSilva ("DeSilva"), for an Order continuing the date for the hearing on her unopposed motion to sanction plaintiff, T. Carlton Richardson, and any opposition thereto, it is hereby

ORDERED, that DeSilva's motion is granted; and it is further hereby

ORDERED, that the hearing on the motion for sanctions shall be held on _____, 2007 at _____.


Dated: _____, 2007        _____
                                                         United States District Court Judge