UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| T. CARLTON RICHARDSON, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-1665(RJL) |
| | ) |
| DISTRICT OF COLUMBIA, *et al.*, | ) |
| | ) |
|     Defendants. | ) |

### DeSILVA'S OPPOSITION TO PLAINTIFF'S
### MOTION TO RECONSIDER DISMISSAL

The plaintiff, T. Carlton Richardson ("Richardson"), seemingly cannot stop trying to litigate his frivolous claims against the defendants, including Donna M. DeSilva ("DeSilva"). Richardson's motion does not set forth any valid reason for this Court to reconsider its dismissal order. DeSilva adopts and incorporates by reference the well-reasoned opposition filed by the Board on Professional Responsibility, *et al*. (Dkt. No. 36).

Further, even if reconsideration were warranted, Richardson's claim against DeSilva would be subject to dismissal on immunity grounds – a basis for dismissal that this Court did not need to decide. Richardson's complaint against DeSilva is based on alleged conduct that occurred in the course of her duties as an Assistant Bar Counsel. (Compl. ¶¶ 4, 25-27, 31-33, 37-40, 50-55, 75, 91). As previously argued, DeSilva is absolutely immune from Richardson's claims against her. (Dkt. No. 10 at 21-22; Dkt. No. 18 at 5; Dkt. No. 26 at 3-4). Thus, even assuming *arguendo* that Richardson's motion for reconsideration had any merit (which it clearly does not), dismissal is still the correct result.

For all the foregoing reasons, Richardson's motion for reconsideration should be denied.

- 2 -

Dated:  August 7, 2007               Respectfully submitted,

                                     /s/ Richard J. Oparil
                                     Richard J. Oparil
                                     District of Columbia Bar No. 409723
                                     2550 M Street, NW
                                     Washington, DC 20037
                                     (202) 457-6000
                                     (202) 457-6315 (fax)

                                     Attorney for Defendant
                                     Donna M. DeSilva

- 3 -

**CERTIFICATE OF SERVICE**

       The undersigned hereby certifies that on August 7, 2007, he caused true and correct copies of the foregoing and accompanying documents to be served by email and first class mail, or by the Court's electronic filing system, at the following addresses:

    T. Carlton Richardson
    1505 Pennsylvania Avenue, SE
    Washington, DC  20003
    RichardsonTC47@aol.com

    Timothy K. Webster, Esq.
    Sidley Austin LLP
    1501 K Street, NW
    Washington, DC  20005
    twebster@sidley.com

    George E. Rickman, Esq.
    Office of the Attorney General
    441 4th Street, NW, 6th Floor South
    Washington, DC 20001
    george.rickman@dc.gov

    Michelle Nicole Johnson, Esq.
    United States Attorney's Office
    for the District of Columbia
    555 Fourth Street, NW, Room E-4212
    Washington, DC 20530
    michelle.johnson@usdoj.gov


                /s/ Richard J. Oparil
                Richard J. Oparil