# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| **T. CARLTON RICHARDSON,** ) | |
| Plaintiff. ) | |
| vs. ) | No. **06CV01665 [RJL]** |
| **DISTRICT OF COLUMBIA,** *et al.* ) | |
| Defendants. ) | |

## NOTICE OF APPEAL

Notice is hereby given that the plaintiff appeals to the U.S. Court of Appeals for the District of Columbia Circuit the following judgments/orders of the district court:

1. *Final Judgment* (July 8, 2007) granting defendants' motions to dismiss; and

2. *Minute Order* (August 24, 2007) denying plaintiff's motion for reconsideration.

### ■ CERTIFICATE OF SERVICE ■

This certifies that a copy of the forgoing document was delivered by first-class U.S. Mail to:

| | |
|---|---|
| D.C. ATTORNEY GENERAL<br>GEORGE E. RICKMAN, ESQ.<br>441-4TH Street, NW, 6th Flr. So.<br>Washington, DC 20001 | UNITED STATES ATTORNEY'S OFFICE<br>MICHELLE N. JOHNSON, ESQ.<br>555 - 4th Street, NW, Rm. E-4212<br>Washington, DC 20530 |
| TIMOTHY K. WEBSTER, ESQ.<br>Sidley Austin, LLP<br>1501 "K" Street, NW, #800<br>Washington, DC 20005-1401 | RICHARD J. OPARIL, ESQ.<br>Patton Boggs LLP<br>2550 "M" Street, NW<br>Washington, DC 20037-1350 |

on this **19th** day of September 2007.

/s/ *[signature]*
T. CARLTON RICHARDSON
Plaintiff *Pro Se*
1505 Pennsylvania Avenue, SE
Washington, DC 20003-3117
202-546-3505

**RECEIVED**
SEP 1 9 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT