UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

**FILED**
SEP 2 5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| T. CARLTON RICHARDSON,            ) | |
| )| |
| Plaintiff,            ) | |
| )| Civil Case No. 06-1665 (RJL) |
| v.            ) | |
| )| |
| DISTRICT OF COLUMBIA, *et al.*,   ) | |
| )| |
| Defendants.            ) | |

### ORDER

Upon consideration of defendant Donna M. DeSilva's ("DeSilva") motion for sanctions against plaintiff T. Carlton Richardson ("Richardson"), it is this 24th day of September, 2007 hereby

**ORDERED** that DeSilva's motion is granted; and it is further

**ORDERED** that pursuant to Federal Rule of Civil Procedure 11(c)(2), Richardson shall pay to the Clerk's Office of this Court monetary sanctions in the amount of $1500.00; and it is further

**ORDERED** that Richardson shall pay to DeSilva the costs relating to her motion for sanctions in an amount to be determined by the Court after submission of a declaration itemizing the costs attendant to this motion by DeSilva or her counsel; and it is further

**ORDERED** that Richardson is hereby enjoined from filing in the United States District Court for the District of Columbia, without first obtaining leave of this Court, any kind of lawsuit concerning the actions, circumstances, transactions, or other events



against DeSilva or any related parties with respect to challenges to his state bar disciplinary proceedings, or any other related actions. In seeking leave to file, Richardson must certify under oath that the claim or claims he wishes to present are new claims never before raised and disposed of on the merits by any court. He must also certify under oath that the claim or claims are neither frivolous nor made in bad faith. Additionally, the motion for leave to file must be captioned "Application Pursuant to Court Order Seeking Leave to File." Finally, Richardson must either cite or affix a copy of this Order to that motion. Failure to strictly comply with the terms of this Order will be sufficient grounds for denying leave to file.

**SO ORDERED.**

RICHARD J. LEON
United States District Judge