UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

T. CARLTON RICHARDSON,        )
                              )
        Plaintiff,            )
                              )
        v.                    )  Civil Action No. 06-1665(RJL)
                              )
DISTRICT OF COLUMBIA, *et al.*, )
                              )
        Defendants.           )

## DECLARATION OF RICHARD J. OPARIL IN SUPPORT OF ATTORNEYS' FEES TO BE AWARDED TO DeSILVA

Richard J. Oparil deposes and says:

1.    I am counsel for the defendant, Donna M. DeSilva ("DeSilva"), in this case filed by plaintiff, T. Carlton Richardson ("Richardson").  This declaration is in support of the amount of attorneys' fees to be awarded to DeSilva.

2.    I have personal knowledge of the facts set forth herein and could competently testify if required to do so.

3.    On September 24, 2007, this Court granted DeSilva's motion for the imposition of sanctions on Richardson under Fed. R. Civ. P. 11.  (Dkt. No. 42).  Richardson has appealed, *inter alia*, the Order awarding sanctions to the U.S. Court of Appeals for the District of Columbia Circuit.  The appeal is pending.  DeSilva has moved for summary affirmance and for imposition of additional sanctions against Richardson.

4.    The relevant portion of the sanctions Order provided that:

    **ORDERED** that Richardson shall pay to DeSilva the costs relating to her motion

    for sanctions in an amount to be determined by the Court after submission of a declaration

    itemizing the costs attendant to this motion by DeSilva or her counsel; and it is further

(*Id.*).

5.      I have been a member in good standing with the New York Bar since 1986 and with the District of Columbia Bar since 1987.  I am a member of the Bars of numerous federal courts, including the U.S. Supreme Court, the U.S. Court of Appeals for the District of Columbia Circuit, and this Court.  My practice has focused on complex litigation in federal courts as well as white collar criminal investigations and administrative proceedings.

6.      In addition, I have been a Co-Chair of the Litigation Section Steering Committee, District of Columbia Bar.  For approximately ten years, I have been an arbitrator for the D.C. Attorney/Client Arbitration Board.  I also have served as a member of that Board and chaired its Rules Revision Subcommittee.  I have also served as a volunteer mediator for this Court.

7.      I have been a partner with Patton Boggs LLP in Washington, DC, since 2002.  My current standard hourly rate is $610.  I believe that rate is reasonable and reflects current market conditions in the District of Columbia.

8.      I spent a total of 3.75 hours researching, drafting and filing DeSilva's motion for sanctions.  In addition, I spent another 1.75 hours preparing for and attending the hearing held on the motion for sanctions on September 6, 2007.

9.      DeSilva is not seeking any expenses.

10.      It is my opinion, based on my experience, that the hourly rate, time expended and total fees in the amount of $3,355 are fair and reasonable for the work performed in connection with the sanctions motion.  That amount should be awarded to DeSilva.

I swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.


November 8, 2007                 /s/ Richard J. Oparil
                                 Richard J. Oparil

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on November 8, 2007, he caused true and correct copies of the foregoing and accompanying documents to be served by email, first class mail, or by the Court's electronic filing system, at the following addresses:

T. Carlton Richardson
1505 Pennsylvania Avenue, SE
Washington, DC  20003
RichardsonTC47@aol.com

Timothy K. Webster, Esq.
Sidley Austin LLP
1501 K Street, NW
Washington, DC  20005
twebster@sidley.com

George E. Rickman, Esq.
Office of the Attorney General
441 4th Street, NW, 6th Floor South
Washington, DC 20001
george.rickman@dc.gov

Michelle Nicole Johnson, Esq.
United States Attorney's Office
for the District of Columbia
555 Fourth Street, NW, Room E-4212
Washington, DC 20530
michelle.johnson@usdoj.gov

/s/ Richard J. Oparil
Richard J. Oparil