# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 07-7138**                  **September Term, 2007**
06cv01665

**Filed On: February 13, 2008**

[1098949]
T. Carlton Richardson,
        Appellant

v.

District of Columbia, et al.,
        Appellees

**MANDATE**
Pursuant to the provisions of Fed. R. App.Pro.41(a)
ISSUED:
BY:
ATTACHED: ___ Amending Order
___ Opinion
___ Order on Costs

**BEFORE:** Randolph, Tatel, and Griffith, Circuit Judges

## O R D E R

Upon consideration of the motions for summary affirmance, the opposition thereto, and the reply; and the motion for sanctions, the opposition thereto, and the reply, it is

**ORDERED** that the motions for summary affirmance be granted in part and denied in part. The merits of the parties' positions are so clear as to warrant summary action. See Taxpayers Watchdog, Inc. v. Stanley, 819 F.2d 294, 297 (D.C. Cir. 1987) (per curiam). The district court's orders entered July 11, 2007 and August 24, 2007 are affirmed. Appellant has not demonstrated "extraordinary circumstances" justifying the reinstatement, pursuant to Fed. R. Civ. P. 60(b)(6), of his previously dismissed habeas petition. See Gonzalez v. Crosby, 545 U.S. 524, 538 (2005). Additionally, appellant's civil rights claims (appearing in count two of his complaint) are barred by the collateral estoppel doctrine. See Martin v. Dep't of Justice, 488 F.3d 446, 454 (D.C. Cir. 2007); GAF Corp. v. United States, 818 F.2d 901, 912 (D.C. Cir. 1987). Moreover, the district court's order entered September 25, 2007 is summarily affirmed to the extent it requires appellant to pay $1,500 to the Clerk of the district court and the costs relating to appellee Donna DeSilva's district court sanctions motion. Those portions of the sanctions order do not constitute an abuse of discretion. See Cooter & Gell v. Hartmax Corp., 496 U.S. 384, 405 (1990). The portion of the court's order entered September 25, 2007 that imposes a filing injunction is vacated and the case remanded because the injunction is not supported by "substantive findings as to the frivolous or harassing nature of the litigant's actions." In re Powell, 851 F.2d 427, 431 (D.C. Cir. 1988).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution

United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk

# United States Court of Appeals
## For The District of Columbia Circuit

**No. 07-7138**                                                **September Term, 2007**

of any timely petition for rehearing or petition for rehearing en banc. <u>See</u> Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**