UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| T. CARLTON RICHARDSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA, *et al.*, )<br>)<br>Defendants. ) | Civil Case No. 06-1665 (RJL) |

## ORDER

Pursuant to the Mandate issued June 4, 2008 by United States Court of Appeals for the District of Columbia [Dkt. # 45] and pursuant to the September 25, 2007 Order of this Court [Dkt. # 42], it is this 12th day of August, 2008 hereby

**ORDERED** that pursuant to Federal Rule of Civil Procedure 11(c)(2), plaintiff T. Carlton Richardson ("Richardson") shall pay to the Clerk's Office of this Court monetary sanctions in the amount of $1500.00 within 30 days of the date of this Order; and it is further

**ORDERED** that Richardson shall pay to defendant Donna M. DeSilva ("DeSilva") the costs relating to her motion for sanctions in the amount $3355 within 30 days of the date of this Order.

SO ORDERED.

_____
RICHARD J. LEON
United States District Judge